# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IAN DUFFY *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IAN MACALINAO and DYLAN MACALINAO, <br><br> Defendants. | Case No.: 2:24-CV-00209-RWS-RSP |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiffs Ian Duffy, Samuel Lee, and Douglas Boyle (together, "Plaintiffs") and Defendants Ian Macalinao and Dylan Macalinao (together, "Defendants") (collectively, "the Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement and would show the Court as follows:

The Parties have reached an agreement in principle to resolve Plaintiffs' individual claims against Defendants. The Parties wish to conclude the proceedings without burdening the Court with any additional filings and without incurring unnecessary expense. The Parties anticipate that they will be able to submit dismissal papers within thirty (30) days from the date of this filing. Accordingly, the Parties respectfully request that the Court grant a stay of all proceedings, including all pending deadlines between the Parties and with the Court until August 10, 2025.

The Parties submit that good cause exists for granting this Motion, as set forth above. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this Motion.

Dated: July 10, 2025

Respectfully submitted,

/s/ J. Travis Underwood
_____
J. Travis Underwood
Texas Bar No. 24102587
**GILLAM & SMITH, LLP**
102 North College Avenue, Suite 800
Tyler, Texas 75702
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: travis@gillamsmithlaw.com

Jeffrey J. Angelovich
Texas Bar No. 0786988
Cody L. Hill
Texas Bar No. 24095836
Jessica Underwood
Texas Bar No. 24093291
**NIX PATTERSON, LLP**
8701 Bee Cave Road, Suite 500
Austin, Texas 78746
Telephone: (512) 328-5333
Facsimile: (512) 328-5335
Email: jangelovich@nixlaw.com
Email: codyhill@nixlaw.com
Email: junderwood@nixlaw.com

*Attorneys for Plaintiffs*

/s/ Kayvan B. Sadeghi
_____
Kayvan B. Sadeghi (*Pro Hac Vice*)
Jason P. Hipp (*Pro Hac Vice*)
Sare E. Cervantes (*Pro Hac Vice*)
**JENNER & BLOCK LLP**
1155 Avenue of the Americas
New York, New York 10036
Telephone: (212) 891-1600
Email: ksadeghi@jenner.com
Email: jhipp@jenner.com
Email: scervantes@jenner.com

*Attorneys for Defendants*
*Ian Macalinao and Dylan Macalinao*

2

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiffs met and conferred with counsel for Defendants to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h). The Parties are jointly seeking the relief sought in this Motion.

                                       */s/ J. Travis Underwood*
                                       J. Travis Underwood

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic service are being served on this July 10, 2025 with a copy of this document via the Court's CM/ECF system.

                                       */s/ J. Travis Underwood*
                                       J. Travis Underwood