# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| IAN DUFFY, SAMUEL LEE, AND DOUGLAS BOYLE, §§§§§ *Plaintiffs*, §§ v. §§ IAN MACALINAO AND DYLAN MACALINAO, §§§§ *Defendants*. | CASE NO. 2:24-cv-00209-RWS-RSP |

## ORDER

Before the Court is the Joint Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 41(a)(2) (the "Motion") filed by Plaintiffs Ian Duffy, Samuel Lee, and Douglas Boyle (collectively, "Plaintiffs") and Defendants Ian Macalinao and Dylan Macalinao (collectively, "Defendants"). (Dkt. No. 64.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITH prejudice. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendant in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**SIGNED this 1st day of October, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE